THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Joseph R. Ford,       
Appellant,
 
 
 

v.

 
 
 
Georgetown County Water and Sewer District, a Special Purpose District       
Respondent.
 
 
 

Appeal From Georgetown County
Benjamin H. Culbertson, Master in Equity

Unpublished Opinion No. 2004-UP-131
Submitted December 23, 2004  Filed 
 February 26, 2004

AFFIRMED

 
 
 
 Gilbert Scott Bagnell, of
 Columbia, for Appellant.
Mary J. Murray, and James J. Hinchey, both of Charleston, 
 for Respondent.
 
 
 

 PER CURIAM:  Affirmed 
 pursuant to South Carolina Rules of Appellate Practice, Rule 220, and the following 
 authorities: As to Issue I: ML-Lee Acquisition Fund v. Deloitte & 
 Touche, 327 S.C. 238, 241, 489 S.E.2d 470, 472 (1997) (holding an unappealed 
 ruling by a master in equity becomes the law of the case); see Garris 
 v. McDuffie, 288 S.C. 637, 642, 344 S.E.2d 186, 189 (Ct. App. 1986) (holding 
 the issue of contempt of court will be dismissed as moot by an appellate court 
 where a jail sentence is imposed for contempt and such sentence has been served 
 at the time of appeal); Chappell v. Chappell, 282 S.C. 376, 377, 318 
 S.E.2d 590, 591 (Ct. App. 1984) (The payment of a fine imposed in contempt 
 proceedings also waives the right of review.).
 As to Issue II: ML-Lee Acquisition 
 Fund, 327 S.C. at 241, 489 S.E.2d at 472 (holding an unappealed ruling by 
 a master in equity becomes the law of the case).
AFFIRMED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.